# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:22–mj–00197 |
|---|---|---|
| v. | ) | Assigned To : Magistrate Judge Meriweather, Robin M. |
| DAMIEN SISCA | ) | Assign. Date : 8/26/2022 |
| DOB: XXXXXX | ) | Description: Complaint w/ Arrest Warrant |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  see below  in the county of _____  _____ in the
_____ in the District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 2252(a)(2) and (b)(1): | Attempted Receipt of Child Pornography (date: on or about August 1, 2022) |
| Title 18 U.S.C. § 2422(b): | Coercion and Enticement (date: between on or about June 28, 2022--August 25, 2022) |

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Timothy Palchak, Detective
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  08/26/2022

*Judge's signature*

City and state:  Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*