AO 442 (Rev. 11/11) Arrest Warrant                                                                                                             11465227

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM2:30
RECEIVED AUG 26 '22

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22–mj–00197 |
| **DAMIEN SISCA** | ) Assigned To : Magistrate Judge Meriweather, Robin M. |
| | ) Assign. Date : 8/26/2022 |
| | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                               **DAMIEN SISCA**                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. § 2252(a)(2) and (b)(1): Attempted Receipt of Child Pornography ;
18 U.S.C. § 2422(b): Coercion and Enticement .

Date:     08/26/2022                                                                 2022.08.26 12:45:56 -04'00'
                                                                                       *Issuing officer's signature*

City and state:     Washington, D.C.                    Robin M. Meriweather, U.S. Magistrate Judge
                                                                                 *Printed name and title*

---

### Return

This warrant was received on *(date)* August 26, 2022, and the person was arrested on *(date)* August 27, 2022
at *(city and state)* Washington, DC.

Date: August 29, 2022

Josette A. Chery
*Arresting officer's signature*

Josette A. Chery, DUSM
*Printed name and title*